IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIREEKA RAYLENE WILSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3833

Opinion filed May 12, 2015.

Petition for Writ of Prohibition.

William Mallory Kent, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Julian E. Markham, Assistant Attorney General, and Kathryn Lane, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition is DENIED without prejudice to the petitioner's ability to raise the affirmative defense of self-defense at trial. See Mederos v. State, 102 So. 3d 7, 11 (Fla. 1st DCA 2012).

LEWIS C.J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.